**Joshua David SMITH, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 59404.

Missouri Court of Appeals,
Western District.

April 9, 2002.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 28, 2002.

Application for Transfer Denied
Aug. 27, 2002.

Jeannie Marie Willibey, Kansas City, for
Appellant.

Jeremiah W. (Jay) Nixon, Attorney Gen-
eral, Jefferson City, Philip Koppe, Office of
Attorney General, Kansas City, for Re-
spondent.

Before PAUL M. SPINDEN, Chief
Judge, JAMES M. SMART, JR., Judge,
and LISA WHITE HARDWICK, Judge.

## ORDER

Joshua David Smith appeals the circuit
court's judgment to deny his motion, filed
pursuant to Rule 24.035, to set aside his
guilty pleas to two counts of robbery in the

first degree and two counts of armed criminal action. We affirm. Rule 84.16(b).